IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00059-RM-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    $40,215.49 seized from Bank of Denver Account # 225023,
2.    $62,396.77 seized from US Bank Account # 103676036066,
3.    $17,930.92 seized from Bank of Denver Account # 2390356,
4.    $13,409.33 seized from JP Morgan Chase Account # 4414608046,
5.    $67,807.49 seized from US Bank Account # 103676424692,
6.    $9,171.39 seized from Bank of America Account # 457026433563,
7.    $13,897.59 seized from US Bank Account # 103676036058,
8.    $65,471.82 seized from Vanguard Group Account # 0682-88022669315,
9.    $176,738.51 seized from Vanguard Group Account # 88018340839,
10.   2004 Porsche Cayenne, VIN WP1AB29P94LA65801,
11.   2007 Mercedes Benz SL550R, VIN WDBSK71F57F131719,
12.   2012 BMW 750Li, VIN WBAKB8C58CC962930,
13.   2013 BMW M5, VIN WBSFV9C56DC773401,
14.   2013 Chevrolet Corvette 427, VIN 1G1YZ3DE0D5701803,
15.   2014 Chevrolet Corvette, VIN 1G1YM2D75E5104089,
16.   2001 Harley Davidson motorcycle, VIN 1HD1BXB101Y068250,
17.   2010 Ducati CAL 1000GT motorcycle, VIN ZDM1WABP3AB012995,
18.   2010 Ducati motorcycle, VIN ZDM12BLW6AB001772;
19.   2010 Harley Davidson FLHXSE motorcycle, VIN 1HD1PZ812AB958417;
20.   2010 Moto Guzzi Griso motorcycle, VIN ZGULSU009AM112348,
21.   2011 Ducati 1198S motorcycle, VIN ZDM1XBLW3BB029287,
22.   2011 Ducati Diavel motorcycle, VIN ZDM13BLWXBB001109,
23.   2012 Ducati 1199S motorcycle, VIN ZDM14BPW4CB001549,
24.   2006 Harley Davidson motorcycle, VIN 1HD1FBW116Y684600,
25.   $7,709.00 in United States Currency,
26.   $160,000.00 in United States Currency,
27.   $60,000.10 in United States Currency,
28.   $69,891.12 in United States Currency,
29.   $177,272.24 in United States Currency,
30.   $140,100.00 in United States Currency,
31.   $1,969.00 in United States Currency,
32.   13 miscellaneous watches, and
33.   Real property located at 9004 East Wesley Avenue, Denver, Colorado.

Defendants.

### WRIT OF ENTRY

TO: UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER - GREETINGS:

Based upon the Verified Complaint for Forfeiture *In Rem* filed herein, against the defendant real property described as follows:

9004 East Wesley Avenue, Denver, Colorado (defendant "East Wesley"), which is more fully described as follows:

> Lot 35,
> Cherry Creek Country Club Filing No. 2,
> County of Arapahoe,
> State of Colorado

and the Application for Writ of Entry filed by the United States, and the Court being satisfied that it has jurisdiction over the defendant property, and that there is probable cause to believe the defendant real property are subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C);

The United States having requested that the Court issue a Writ of Entry as provided in 18 U.S.C. § 983(j) and 18 U.S.C. § 985(b)(2), and Supplemental Rule for Certain Admiralty and Maritime Claims E(4) and G(3)(c)(1), authorizing it to enter the defendant real property, including any structures, for the purpose of conducting an inspection and inventory of the property and, as provided in 19 U.S.C. § 1606, to conduct appraisals; and

The United States having not requested authority to seize the defendant real property at this time but having stated in its Application for Writ of Entry that it will post notice of the Complaint for Forfeiture *In Rem* in a conspicuous place on defendant real property and serve notice of this action and a copy of the Complaint on the owner(s) of the defendant real property under 18 U.S.C. § 985(c)(1) and (3), and Supplemental Rule for Certain Admiralty and Maritime Claims E(4);

IT IS ORDERED that the United States Marshals Service or its designee, is hereby authorized to:

1. enter the defendant real property, including any structures, on one or more occasions during the pendency of this forfeiture action against the defendant real property, for the purpose of conducting an inspection, inventory, and appraisal of the defendant real property; and

2. be accompanied on any such occasion by any appraiser(s) selected by it for the purpose of appraising the condition and value of the defendant real property pursuant to 19 U.S.C. § 1606, which appraisals may include, among other means, still and video photography; and

3. be accompanied on any such occasion by any government and contract personnel selected by it for the purpose of conducting an inspection and inventory of the defendant real property, which inspection and inventory may include, among other means, still and video photography; and

4. be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under this Writ of Entry.

3

Any interference with anyone acting under the authority of this Writ of Entry shall be deemed a violation of a Court order and may be punished as a contempt, as a violation of 18 U.S.C. § 2232 prohibiting the impairment of in rem jurisdiction, or otherwise as provided by law.

SO ORDERED this 13TH day of January, 2014.

BY THE COURT:

*[signature]*

United States Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO