**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14-cv-00059-RM-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     $40,215.49 seized from Bank of Denver Account # 225023,
2.     $62,396.77 seized from US Bank Account # 103676036066,
3.     $17,930.92 seized from Bank of Denver Account # 2390356,
4.     $13,409.33 seized from JP Morgan Chase Account # 4414608046,
5.     $67,807.49 seized from US Bank Account # 103676424692,
6.     $9,171.39 seized from Bank of America Account # 457026433563,
7.     $13,897.59 seized from US Bank Account # 103676036058,
8.     $65,471.82 seized from Vanguard Group Account # 0682-88022669315,
9.     $176,738.51 seized from Vanguard Group Account # 88018340839,
10.     2004 Porsche Cayenne, VIN  WP1AB29P94LA65801,
11.     2007 Mercedes Benz SL550R, VIN  WDBSK71F57F131719,
12.     2012 BMW 750Li, VIN  WBAKB8C58CC962930,
13.     2013 BMW M5, VIN  WBSFV9C56DC773401,
14.     2013 Chevrolet Corvette 427, VIN  1G1YZ3DE0D5701803,
15.     2014 Chevrolet Corvette, VIN 1G1YM2D75E5104089,
16.     2001 Harley Davidson motorcycle, VIN  1HD1BXB101Y068250,
17.     2010 Ducat CAL 1000GT motorcycle, VIN  ZDM1WABP3AB012995,
18.     2010 Ducat motorcycle, VIN  ZDM12BLW6AB001772;
19.     2010 Harley Davidson FLHXSE motorcycle, VIN  1HD1PZ812AB958417;
20.     2010 Moto Guzzi Griso motorcycle, VIN  ZGULSU009AM112348,
21.     2011 Ducat 1198S motorcycle, VIN  ZDM1XBLW3BB029287,
22.     2011 Ducat Diavel motorcycle, VIN  ZDM13BLWXBB001109,
23.     2012 Ducat 1199S motorcycle, VIN  ZDM14BPW4CB001549,
24.     2006 Harley Davidson motorcycle, VIN 1HD1FBW116Y684600,
25.     $7,709.00 in United States Currency,
26.     $160,000.00 in United States Currency,
27.     $60,000.10 in United States Currency,
28.     $69,891.12 in United States Currency,
29.     $177,272.24 in United States Currency,
30.     $140,100.00 in United States Currency,
31.     $1,969.00 in United States Currency,
32.     13 miscellaneous watches, and
33.     Real property located at 9004 East Wesley Avenue, Denver, Colorado.

    Defendants.

## ORDER DISMISSING ACTION

THIS MATTER comes before the Court on the United States' Motion to Dismiss Action (ECF No. 13), and the Court having read said motion and being fully advised in the premises;

FINDS THAT the United States has commenced this action in rem pursuant to 18 U.S.C. § 981;

THAT the United States has resolved all issues with regards to the defendant properties in related criminal case 13-cr-00505-RM; and

THAT pursuant to 28 U.S.C. § 2465, there was reasonable cause for instituting this action against defendant properties.

NOW THEREFORE, IT IS ORDERED that this action is dismissed, and a Certificate of Reasonable Cause, which this Order constitutes, is granted pursuant to 28 U.S.C. § 2465.

SO ORDERED this 18th day of February, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Court Judge